CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiffs Courtney Rogalski,*
*and Westley McNeal*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY ROGALSKI and WESTLEY MCNEAL,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; Detective JEFFREY TABOR, P#4912, individually; Sergeant RODERICK HUNT, individually; Lieutenant DENNIS FLYNN #3028, individually; Officer WILLIS SYLVA P#4080, individually; and DOES I-XX,<br><br>Defendants. | CASE NO.: 2:15-CV-01821-JCM-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(Second Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment [ECF 25] filed on February 28, 2017, currently due April 11, 2017, be extended an additional seven (7) days up to and including Tuesday, April 18, 2017.

Although Plaintiff's counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has had a United States Supreme Court Brief due, three (3) Ninth

. . .

1 Circuit briefs due, numerous substantive motions and responses, as well as other general appearances and deadlines.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional seven (7) days up to and including Tuesday, April 18, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 11th day of April, 2017.          DATED this 11th day of April, 2017.

POTTER LAW OFFICES                               MARQUIS AURBACH COFFING

By   /s/ Cal J. Potter, III, Esq.                By   /s/ Craig R. Anderson, Esq.
CAL J. POTTER, III, ESQ.                         CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                              Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                           BRIANNA SMITH, ESQ.
Nevada Bar No. 13225                             Nevada Bar No. 11795
1125 Shadow Lane                                 10001 Park Run Drive
Las Vegas, Nevada 89102                          Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*                       *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

 April 12, 2017
_____              _____
DATED                            UNITED STATES DISTRICT JUDGE