UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

COURTNEY ROGALSKI and WESTLEY MCNEAL,

Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendant(s).

Case No. 2:15-CV-1821 JCM (VCF)

ORDER

Presently before the court is the matter of *Rogalski et al v. Las Vegas Metropolitan Police Department et al*, case no. 2:15-cv-01821-JCM-VCF.

On August 7, 2017, the court granted in part and denied in part defendants Dennis Flynn, Roderick Hunt, Las Vegas Metropolitan Police Department, Willis Sylva, and Jeffrey Tabor's motion for partial summary judgment. (ECF No. 40). On November 3, 2017, attorney Mitchell Bisson filed a notice of appearance on behalf of plaintiff Westley McNeal. (ECF No. 41). Since that date, no party has filed any documents with this court. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within thirty (30) days of the date of this order indicating the status of the current action. Failure to file a joint status report will result in dismissal of this case for want of prosecution.

DATED May 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**