**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Det. Tabor, Sgt. Hunt, Lt. Flynn, and Ofc. Silva

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY ROGALSKI and WESTLEY MCNEAL,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; DETECTIVE JEFFREY TABOR, P#4912, individually; SERGEANT RODERICK HUNT, individually; LIEUTENANT DENNIS FLYNN, #3028, individually; OFFICER WILLIS SYLVA, P#4080, individually and DOES I-XX,<br><br>Defendants. | Case No.: 2:15-cv-01821-JCM-VCF |

## **LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Defendants LVMPD, Det. Tabor, Sgt. Hunt, Lt. Flynn, and Ofc. Silva, by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby request that Brianna Smith, Esq. be removed from the list of counsel to be noticed because Ms. Smith is no longer an attorney with the law firm of Marquis Aurbach Coffing.

/ / /

/ / /

/ / /

/ / /

Additionally, the above counsel also requests that Brianna Smith, Esq. be removed as counsel of record and the email addresses of smithbg@ballardspahr.com, carltonm@ballardspahr.com, and lvdocket@ballardspahr.com be removed from the CM/ECF service list.

Dated this 8 day of May, 2018.

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Det. Tabor, Sgt. Hunt, Lt. Flynn, Ofc. Silva

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-8-2018

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was submitted electronically for filing and/or service with the United States District Court on the 8th day of May, 2018. Electronic service of the foregoing document shall be made in accordance with the CM/ECF-Service List as follows:

C.J. Potter, IV, Esq.
dustin@potterlawoffices.com
linda@potterlawoffices.com
stacie@potterlawoffices.com
Tanya@potterlawoffices.com
Attorneys for Plaintiffs Rogalski and McNeal

Mitchell S. Bisson, Esq.
Callister Law Group
mbisson@callcallister.com
Alicia@callcallister.com
cullison@callcallister.com
lorin@callcallister.com
rebekah@callcallister.com
Attorneys for Plaintiff McNeal

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to: n/a

_____
an employee of Marquis Aurbach Coffing

MAC:05166-877 3394818_1 5/7/2018 2:34 PM