**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Det. Tabor, Sgt. Hunt, Lt. Flynn, and Ofc. Silva

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COURTNEY ROGALSKI and WESTLEY MCNEAL,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; DETECTIVE JEFFREY TABOR, P#4912, individually; SERGEANT RODERICK HUNT, individually; LIEUTENANT DENNIS FLYNN, #3028, individually; OFFICER WILLIS SYLVA, P#4080, individually and DOES I-XX,

Defendants.

Case No.: 2:15-cv-01821-JCM-VCF

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiffs Courtney Rogalski and Westley McNeal, by and through their counsel of record, Mitchell S. Bisson, Esq. of the Callister Law Group and Defendants Las Vegas Metropolitan Police Department, Det. Jeffrey Tabor, Sgt. Roderick Hunt, Lt. Dennis Flynn and Ofc. Willis Sylva, by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter; and

/ / /

/ / /

/ / /

MAC:05166-877 3447328_1 7/10/2018 9:52 AM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 10th day of July, 2018.

| MARQUIS AURBACH COFFING | Callister Law Group |
|---|---|
| By: s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: s/Mitchell S. Bisson<br>Mitchell S. Bisson, Esq.<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Ste. 100<br>Las Vegas, Nevada 89104<br>Attorneys for Plaintiffs |

## ORDER

IT IS HEREBY ORDERED that all parties are dismissed with prejudice in the above-referenced matter; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

IT IS SO ORDERED July 11, 2018.

_____
United States District Court Judge

Submitted By:

MARQUIS AURBACH COFFING

By: s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

MAC:05166-877 3447328_1 7/10/2018 9:52 AM